IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                          No. 3:95-CV-0881-T

OLDRICH TOMANEK,

    Defendant.

## FINAL JUDGMENT

This action came before the Court on a bench trial, Honorable Robert B. Maloney, presiding, and the issues having been duly considered and a decision having been rendered:

It is **ORDERED** and **ADJUDGED** that Plaintiff United States of America recover nothing from Defendant Oldrich Tomanek on its claims brought pursuant to 18 U.S.C. § 248, neither shall it obtain equitable relief on those claims.

It is **FURTHER ORDERED** that costs are taxed to Plaintiff.

It is **FURTHER ORDERED** and **ADJUDGED** that all relief not specifically granted herein is denied.

Signed this 10th day of October, 1998.

                                                        Robert B. Maloney
                                                        U.S. District Judge